STEVEN G. KALAR
Federal Public Defender
HANNI FAKHOURY
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Hanni_Fakhoury@fd.org

Attorneys for William Henry Norgren

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 12-472-JD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| WILLIAM HENRY NORGREN, | |
| Defendants. | Date:  April 18, 2017<br>Time: 9:30 a.m. |

Mr. Norgren is charged in a forty-one count indictment with filing false tax returns, in violation of 26 U.S.C. § 7206(1). At the February 8, 2017 status hearing, this Court set an evidentiary hearing on Mr. Norgren's motion to dismiss the indictment for Speedy Trial violation for April 18, 2017. The Court also directed the parties to meet and confer regarding discovery. Following the motion hearing, the parties have met and conferred regarding discovery several times. Defense counsel reviewed more than twenty bankers boxes of paper records at the IRS offices in February 2017, and requested the government produce seven of these boxes, totaling thousands of pages. In addition to producing those records, the government has produced hundreds of additional pages of discovery, as well as forensic images of more than 20 computers and hard drives. More discovery is forthcoming if and when the Court signs a proposed protective and disclosure order submitted by the parties on March 27, 2017. *See* Dkt. 22.

1   Because of the ongoing production of discovery, defense counsel needs additional time to
2   review these materials in order to prepare for the evidentiary hearing.  The parties therefore request the
3   Court continue the evidentiary hearing from April 18 to May 17, 2017 at 9:30 a.m. in the San
4   Francisco courthouse.  As previously directed, the parties will file pre-hearing memorandums by May
5   10, 2017.

6   The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. §
7   3161, between April 18 and May 17, 2017.  Time has already been excluded between February 8, 2017
8   and April 18, 2017 for the effective preparation of counsel, taking into account the exercise of due
9   diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv).  For that same reason, time should continue to be
10  excluded as defense counsel review discovery and prepare pretrial motions.  Time can also be
11  excluded under 18 U.S.C. § 3161(h)(1)(D) due to the pending pretrial motions.

12  Thus, the parties request (1) this Court continue the April 18, 2017 evidentiary hearing to May
13  17, 2017; and (2) exclude time under the Speedy Trial Act.

14

15  DATED:    March 29, 2017                     /s/
                                                 HANNI M. FAKHOURY
16                                               Counsel for William Henry Norgren

17  DATED:    March 29, 2017                     /s/
                                                 JOSE A. OLIVERA
18                                               Assistant United States Attorney

19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING AND EXCLUDE TIME
*United States v. Norgren,* 12-472-JD

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby:

1. Continues the April 18, 2017 evidentiary hearing to May 17, 2017;

2. Orders the parties to file a pre-hearing memorandum outlining the witnesses and evidence expected to be presented at the hearing, and any applicable law by May 10, 2017;

3. Finds good cause to exclude the time between April 18, 2017 and May 17, 2017 from the Speedy Trial Act for the effective preparation of counsel, taking into account due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv), and because of the pending pretrial motions, under 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

DATED: March 31, 2017

_____
HONORABLE JAMES DONATO
United States District Judge