BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSE APOLINAR OLIVERA (CABN 279741)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-6888
    Facsimile: (415) 436-7009
    Email: jose.olivera@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00472-JD |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| WILLIAM HENRY NORGREN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment.

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

Dated: May 25, 2017

_____
BARBARA J. VALLIERE
Chief, Criminal Division

Notice of Dismissal
CR 12-00472-JD

1 | Leave is granted to the Government to dismiss the indictment.

3 | Date: 5/30/17

```
_____
HON. JAMES DONATO
United States District Judge
```

28 | Notice of Dismissal
CR 12-00472-JD